FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NOV - 7 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **4:13CR465 CDP/TCM** |
| ) | |
| v. ) | NO. |
| ) | |
| KEITH LAMAR BLACKWELL, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning at a time unknown but including May, 2012, and continuing to October, 2013, with the exact dates unknown, in the City of St. Louis, Missouri, within the Eastern District of Missouri, and elsewhere,

**KEITH LAMAR BLACKWELL,**

the defendant herein, did knowingly and unlawfully combine, conspire, agree, and confederate together with one or more persons, both known and unknown to the Grand Jury, to commit the following offenses against the United States, to wit: to possess with the intent to distribute cocaine base, also known as crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1),

All in violation of Title 21, United States Code, Section 846; and

The quantity of mixture or substance containing cocaine base, also known as crack cocaine, involved in the offense was in excess of 28 grams, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B)(iii).

## COUNT II

The Grand Jury further charges that:

On or about October 23, 2013, in the City of St. Louis, Missouri, within the Eastern District of Missouri, and elsewhere,

### KEITH LAMAR BLACKWELL,

the defendant herein, did knowingly and unlawfully attempt to possess with the intent to distribute cocaine base, also known as crack cocaine, a Schedule II controlled substance, and took a step in furtherance thereof,

In violation of Title 21, United States Code, Sections 846 and 841(a)(1); and

The quantity of mixture or substance containing cocaine base, also known as crack cocaine, involved in the offense was in excess of 28 grams, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B)(iii).

## COUNT III

The Grand Jury further charges that:

On or about October 23, 2013, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### KEITH LAMAR BLACKWELL,

the defendant herein, having been previously convicted of the following offenses:

1) On October 4, 1995, in the Superior Court of the County of Los Angeles, California, cause number BA107283, of the offense of Stalking, which is a crime punishable by imprisonment for a term exceeding one year under the laws of the United States and the State of California;

2) January 18, 2001, in the Superior Court of the County of Los Angeles, California, cause number LA035132, of the offense of Inflicting Corporal Injury on a Spouse or Co-habitant, which is a crime punishable by imprisonment for a term exceeding one year under the laws of the United States and the State of California; and

3) On June 6, 2006, in the Superior Court of the County of Los Angeles, California, cause number XCNBA30317701, of the offense of Possession or Purchase of Cocaine Base for Sale, which is a crime punishable by imprisonment for a term exceeding one year under the laws of the United States and the State of California;

did knowingly and unlawfully possess the following firearms, to wit:

    a) a Master Piece Arms, 9mm firearm, Model MPA30T, bearing serial number B14411, with a Master Piece Arms MPA30 barrel extension; and

    b) a Hi Point, model C9, 9mm Luger, bearing serial number P1387990;

all of which had previously been transported in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1), and punishable under Title 18, United States Code, Section 924.

## FORFEITURE ALLEGATION
(Drug Trafficking - Count I)

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Sections 846 and 841(a)(1), as set forth in Count I of this Indictment, the defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such offenses.

    a) Subject to forfeiture is a sum equal to the total value of property constituting, or derived from, any proceeds obtained directly or indirectly as a result of the offense alleged in Count I.

2. The specific property subject to forfeiture includes, but is not limited to:

    a) a Master Piece Arms, 9mm firearm, Model MPA30T, bearing serial number B14411, with a Master Piece Arms MPA30 barrel extension and 42 rounds of PMC 9mm ammunition;

    b) a Hi Point, model C9, 9 mm Luger, bearing serial number P1387990, with 7 rounds of PMC 9 mm ammunition; and

    c) a .38 caliber Smith and Wesson firearm bearing serial number 63024 (or 65024), and 5 rounds of Remington 9mm ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                                    A TRUE BILL.

                                                    FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

JAMES C. DELWORTH, #29702MO
Assistant United States Attorney