UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:13CR0465 CDP/TCM |
| KEITH L. BLACKWELL, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed this date and incorporated herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Dismiss Count I of the Indictment or in the Alternative for Bill of Particulars be **DENIED**. [Doc. 44]

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Suppress Statements be **DENIED**. [Doc. 45]

**IT IS FURTHER RECOMMENDED** that Defendant's Motions to Suppress Evidence be **DENIED**. [Doc. 46, 49]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of April, 2014.