UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13 CR 465 CDP |
| | ) | |
| KEITH LAMAR BLACKWELL, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before the Court on defendant Keith Lamar Blackwell's Motion to Dismiss Count I of the Indictment or in the Alternative for Bill of Particulars [#44], and on his Motions to Suppress Statements and Evidence [##45, 46, 49]. The motions were referred to United States Magistrate Judge Thomas C. Mummert under 28 U.S.C. § 636(b). Judge Mummert held an evidentiary hearing and thereafter filed his Memorandum, Report and Recommendation regarding the defendant's motions. Defendant filed an objection to the Magistrate Judge's recommendation on May 7, 2014.

I have conducted *de novo* review of the motions, including listening to the recording of Judge Mummert's hearing. Defendant's objections do not point out any specific areas which he claims are wrong, but simply re-raises the general claims of constitutional violations that were set out in the original motions. I agree with Judge Mummert that there is no basis to suppress the evidence, and

that the indictment is sufficient. I will therefore will adopt and sustain the thorough reasoning of Magistrate Judge Mummert set forth in support of his recommended rulings issued on April 23, 2014.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#56] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Keith Lamar Blackwell's Motion to Dismiss Count I of the Indictment or in the Alternative for Bill of Particulars [#44], his Motion to Suppress Statements [#45] and his Motions to Suppress Evidence [## 46, 49] are **DENIED**.

**IT IS FURTHER ORDERED** that the possible **change of plea hearing** as to defendant Keith L. Blackwell remains set for **Thursday, June 5, 2014 at 2:30 p.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of May, 2014.